## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Kevin Harris
                    Plaintiff,

v.                                            Case No.: 3:21−cv−50376
                                                      Honorable Iain D. Johnston

Kashi Sales, L.L.C.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 17, 2023:

    MINUTE entry before the Honorable Margaret J. Schneider: Consent Motion to Continue Deadline to Oppose Plaintiff's Motion for Class Certification [58], is granted. Defendant has until 05/03/23 to file its response. Plaintiff has until 05/31/23 to file his reply.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.