UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Kevin Harris, individually and on behalf of all others similarly situated, | 3:21-cv-50376 |
| Plaintiff, | Hon. Iain D. Johnston |
| - against - | |
| Kashi Sales, L.L.C., | |
| Defendant | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kevin Harris and Defendant Kashi Sales, L.L.C., through their undersigned counsel, hereby stipulate and agree that this proceeding is dismissed, in its entirety, with prejudice, each party bearing its own fees and costs.

Dated:   April 12, 2023

| SHEEHAN & ASSOCIATES, P.C. | JENNER & BLOCK LLP |
|---|---|
| /s/ *Spencer Sheehan* | /s/ *Alexander M. Smith* (with consent) |
| Spencer Sheehan | Alexander M. Smith |
| 60 Cuttermill Rd Ste 409 | 515 South Flower St Ste 3300 |
| Great Neck NY 11021 | Los Angeles CA 90071 |
| Tel: (516) 268-7080 | Tel: (213) 239-5100 |
| spencer@spencersheehan.com | asmith@jenner.com |
| *Attorneys for Plaintiff* | Dean N. Panos |
| | 353 N Clark St |
| | Chicago IL 60654 |
| | Tel: (312) 222-9350 |
| | dpanos@jenner.com |
| | *Attorneys for Defendant* |