# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Kevin Harris

                Plaintiff,

v.
                          Case No.: 3:21−cv−50376
                          Honorable Iain D. Johnston

Kashi Sales, L.L.C.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 12, 2023:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the stipulation to dismiss [61], this case is dismissed with prejudice, with each side bearing its own costs and fees. The motion for class certification [56] is stricken as moot. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.